# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**RECEIVED**
JUL 28 2008 LCW
JUL 2 8 2008
JUL 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

~~THOMAS CUNNINGHAM~~

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case 08CV4259
(T    JUDGE GOTTSCHALL
     MAG. JUDGE ASHMAN

CORRECTIONAL OFFICER

D. Depaul

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**CHECK ONE ONLY:**

_____    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
          U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
          28 SECTION 1331 U.S. Code (federal defendants)
          TITLE 18 242
   X      OTHER (cite statute, if known)    DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
                                            TITLE 18 242 chapter 13

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

Revised:  7/20/05

A.    Name:    THOMAS CUNNINGHAM

B.    List all aliases: _____

C.    Prisoner identification number:    01293-424

D.    Place of present confinement:    METROPOLITAN CORRECTIONAL CENTER CHIC GO

E.    Address:    71 W VAN BUREN ST CHICAGO IL 60605

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant:    D. DePaul

       Title:    CORRECTIONAL OFFICER

       Place of Employment:    METROPOLITAN CORRECTIONAL CENTER CHICAGO

B.    Defendant: _____

       Title: _____

       Place of Employment: _____

C.    Defendant: _____

       Title: _____

       Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised:  7/20/05

III.    **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (X)  NO ( )  If there is no grievance procedure, skip to **F**.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (X)  NO ( )

C.    If your answer is **YES**:

1.    What steps did you take?

A direct sensitive complaint to the DEPARTMENT OF JUSTICE office of the

INSPECTOR GENERAL.

2.    What was the result?

An ongoing investigation by the Department of Justice.

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

There was no procedure so I filed a 2241 that was Denied as moot.

CASE NO: 08 C 3465

D.    If your answer is **NO**, explain why not:

3                              Revised: 7/20/05

E.    Is the grievance procedure now completed?   YES ( **X** )   NO ( )

F.    If there is no grievance procedure in the institution, did you complain to authorities?   YES ( **X** )   NO ( )

G.    If your answer is **YES**:

    1.    What steps did you take?

      Copies where sent of my attempt's to file grievance that where ignored at the institutional level to the Department of Justice.

    2.    What was the result?

      **NOTHING!**

H.    If your answer is **NO**, explain why not:

4

IV.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.    Name of case and docket number: _THOMAS CUNNINGHAM V KANKAKEE COUNTY DETENTION CEN_
08-CV-2123
_____

B.    Approximate date of filing lawsuit: _FEB 15/2008_ .
_____

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____
_____
_____

D.    List all defendants:      KANKAKEE COUNTY DETENTION CENTER
JAROME GOMES DETENTION CENTER
_____
_____
_____

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _UNITED STATES DISTRICT COURT CENTRAL DIVISION_

F.    Name of judge to whom case was assigned: _CHIEF JUDGE MICHAEL P McCuskey_
_____

G.    Basic claim made: _DELIBERATE INDIFFERENCE._
_____
_____
_____

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Granted Meritorious Review to proceed to Trial._
_____
_____

I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised:  7/20/05

**V.     Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe precisely how each
defendant is involved.  Include also the names of other persons involved, dates, and places.
**Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege
a number of related claims, number and set forth each claim in a separate paragraph.  (Use
as much space as you need.  Attach extra sheets if necessary.)

On April 9/2008 while in solitary confinement i peacefully requested a Law
Book by putting my arm out of the Cuff point/food slot and asked to see a LT.
Officer DePaul told me to put my arm back in the cuff point and I continued to
peacefully wait for a LT. Officer DePaul then grabbed my arm and popped it
all the way behind me then Violently beat me into and through this Cuff point
for some time when Counsler Wright intervened. This was captured on Video tape
and signed sworn affidavits by T. Smith, J Landarez, S. Nzos, and Inmate
Elles. I was immediately taken to the infirmary where LT Miller took
Photographs of My injuries. I have attempted to redress without any one
responding I am an American Citizen in Pre Trial Detention who has not been
found Guilty or pled Guilty to any crime. I have been charged with robbery of
$ 1,200.oo on a Bicycle with a Note.

Something is wrong when All attempts to insure my Liberty have been swept
AWAY. This is a monumental reality to me that until some one stands up and
Reviews this and stops this that it will be normal to Beat Detainees.

6

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

I want this Honorable Court to seize this Video tape footage of the Beating

Review this Violent Crime. Arrest Correctional Officer DePaul, and Prosecute

HIM.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief.  I understand that if this certification is not correct, I may be
subject to sanctions by the Court.

Signed this ____24____ day of ___JULY___ , 20 _08_

_____
(Signature of plaintiff or plaintiffs)
        THOMAS CUNNINGHAM
_____
(Print name)
        01293-424
_____
(I.D. Number)
        METROPOLITAN CORRECTIONAL CENTER
_____
        71 W VanBuren St
_____
        CHICAGO IL 60605
_____
(Address)

Revised:  7/20/05

Cell 201-11-24

Scott Njos #30162-424

On 4-9-08 I was finishing up a Legal call from counselr Wright, I got done and he come to get the phone and left, While leaving c/o DePaul was at cell 201-11-27 hollering at the top of his longs at Inmate Cuninham, Counseler Wright was standing off to the side. All of a sudden c/o DePaul started Jerking and bending Inmate Cuninham arm he let it go and started hollering again, Inmate Cuninham said you can't do that and DePaul did it again Jerking his arm and bending it, he let go and said put your fucking Arm in, and Jerked Inmate Cuninham so hard that he made a noise and then something heppened and it was all over, I think a Loutnet or counseler told him to stop but I'm not sure Who.

I Swear Under Penalty of Pergery

Scott NJOS  4-17-08

Tyris Smith

On April 9, 2008 at around
I saw officer De Poul try to
Mr. Cunning home arm in
He proceeded to twist and
arm as Trying to
is a true statement and
Penalty and Persury
is true

Signed

Tyris Smith

Counselor Wright witnessed
as well (T. S.)

On the above date 4-9-08 around 4:30 I was ____, ___
Door way, saw the officer passing out Dinner, officer ____ ____, ___
told mr. Cunningham to put his arm back in the ____, mr Cunningham
ask to see a LT. Cause he was being Denied ____ to ____
as a per trail Detanee, then the officer De paul ____ ____ ____
his arm in tryed to broke it, cause of his conduct, he was
out of line, he tried to ~~state~~ shote the door ____ ____ ____
heard, look at the tape it should show everyth, I'm
saying it catch everything els, thay move this officer ____ ____
here, so it showed he did something wrong, cause thay ____
to take mr. Cunningham to see the Doctor about ____ ____ ____
recieve some madicine, Rights of access to Court required, ____
officials provide indigent inmates with access to a ____ ____
law library for preparation of legal actions, infliction of pain ____ ____
that are totally with out penological justification

Case 1:07-cr-00605  Document 21 (6 of 6) Filed 04/21/2008  Page 1 of 1

DECLARATION UNDER PENALTY OF PURJURY 4/15/2008

For cases Harry D Leienweber 07 CR 605 and JUDGE GOTTSCHALL 08C1605

I was tranfered to MCC for Immediate Medical Treatment by Judge Harry D Leienweber on Febuary 4/2008. I AM A PRETRIAL INMATE and without and Custody classification REVIEW I was placed in unit H a Unit for sentenced male inmates. I was assualted by an inmate who threw hot scolding soup in my face By his own admission SEE INCEDENT REPORT provided By LT Finley. I was taken to the Lt's office where I sat for over an hour. When I was taken to the Instutional Hospital I was diagnosed with first degree burns in my eye and the side of my face, and what doctors could not rule out as a broken finger. I was placed in segragation. Did not recieve any medication for any of my injuries until 3/31/2008. I was also a witness to an assault on our library Hour by an inmate from the section where I was placed that resulted In Death.

I served the AW Purdue 2 times with Judge Leienweber's ORDER. She replied each time with can i keep this. I requested several times for a phone call and medical treatment. I also requested several times for law Library. On 04/09/2008 Co Depaul assaulted me for requesting The law library This man brutally grabed my arm and tried to bend it behind me several times. This was witnessed by counsler Wright. I have signed Declarations by My Cell mate T Smith, Ellis, Landerez. This was captured on camara. I was taken to the institutional hospital and immediatley treated for contusions on my arm sholder and fore arm. I went to the DHO hearing for The assualt on me and found at Fault The Hearig Officer said after i presented the classification information and INMATE HERNANDEZ INCEDENT REPORT." YOU SHOULD HAVE NEVER BEEN IN POSSESSION OF THIS INFORMATION"! I TOLD the hearing officer that I was assualted BY CO DEPAUL and he Said this was not his Business. I then Told him I was a pretrial inmate and had no contact with the Outside. i was given 15 days DS. 60 days Loss Phone, 60 Days loss of comisary.

Today is 04/15/2007 I have not recieved any incident report for anything. Lt finley told me that The FBI was investigating me for assault an CO Depaul. And to be glad it is only at an institutional level that the FBI "KICKED IT BACK". I have contacted My Lawyer Helen Kim with both assaults. Sent Notice tho the Department Of Justice Office of the inspector General. Sent Affidavits to Judge Gottschall from witnesses. I Was granted use of a typewriter this Day 4/15/2008. I met with my classification leader 1 Time hesaid this was going to be sent to the judge for Review and may effect my legal status. I have a SPOTLESS institutional Record Both at KCDC and MCC. I have not Plead guilty or Found Guilty Of any Crime. I showed my injuries to Capitan Salas. LT FINLEY, COUNSLER JELOWICK, PRE TRIAL TEAM LEADER MR CHRISTMAS EVRY CO ON DUTY IN SEG WITH NO RESPONSE. I DECLARE UNDER PENALTY THIS STATEMENT IS TRUE

Pleese Do not ECTURN TO INSTUTION I am IN FEAR OF RETALIGTION.

SIGNED _____

DATED 4-15-20

FILED

APR 21 2008 ocw

MICHAEL W. Dobbins
CLERK, U.S. DISTRICT COURT

APR 21 2008



**U.S. Department of Justice**

Federal Bureau of Prisons

*North Central Regional Office*

_____

*Tower II, 8th Floor*
*400 State Street*
*Kansas City, KS 66101-2421*

June 11, 2008

Thomas Cunningham
Register No. 01293-424
MCC
Chicago, IL 60605

RE: Freedom of Information Act/Privacy Act Request Number: 08-7686

Dear Requestor:

This acknowledges our receipt of your Freedom of Information Act (FOIA) request. Pursuant to Title 28 C.F.R. § 16.3, the filing of a FOIA/PA request is considered an agreement by you to pay all applicable fees charged under § 16.11, up to $25.00. Regulations that may be pertinent to your request may be found at Title 28 C.F.R. Part 16, et.seq., and § 513.30.

We have examined your request and have determined that the documents responsive to your request:

[ ] are voluminous (,and/)

[ ] contain information that originated from another agency or part of this agency requiring us, prior to releasing the documents, to consult with that agency or part of this agency (,and/)

[X] are not yet available due to other unusual circumstances.
We currently have a backlog of requests.

Sincerely,

Richard W. Schott
Regional Counsel

**U.S. Department of Justice**

**Federal Bureau of Prisons**

**Incident Report**

---

### 1. NAME OF INSTITUTION

_(illegible)_

## PART I - INCIDENT REPORT

| 2. NAME OF INMATE | 3. REGISTER NUMBER | 4. DATE OF INCIDENT | 5. TIME |
|---|---|---|---|
| _(illegible)_ | 01293-424 | 1/9/04 | 415 pm |

| 6. PLACE OF INCIDENT | 7. ASSIGNMENT | 8. UNIT |
|---|---|---|
| _(illegible)_ Cell #1127 | _(illegible)_ | _(illegible)_ Z |

| 9. INCIDENT | 10. CODE |
|---|---|
| (1) _(illegible)_ (2) _(illegible)_ | 307/224 |

**11. DESCRIPTION OF INCIDENT** (Date: 1/9/04 Time: _(illegible)_ Staff became aware of incident)

_(illegible handwritten description)_ ... Cell #1127 ... 01293-424. To ...

On 1/9/04 at approx 417 pm while attempting to close the cell front on cell #1127 in the shu, inmate _(name)_ communicating # 01293-424 grabbed my Right leg and injured _(illegible)_.

| 12. SIGNATURE OF REPORTING EMPLOYEE | DATE AND TIME | 13. NAME AND TITLE (Printed) |
|---|---|---|
| Joe D. Dale | 630 pm | Joe _(illegible)_ DC/Lex |

**14. INCIDENT REPORT DELIVERED TO ABOVE INMATE BY**

| | 15. DATE INCIDENT REPORT DELIVERED | 16. TIME INCIDENT REPORT DELIVERED |
|---|---|---|
| | _(illegible)_ | _(illegible)_ |

## PART II - COMMITTEE ACTION

**17. COMMENTS OF INMATE TO COMMITTEE REGARDING ABOVE INCIDENT**

| 18. A. IT IS THE FINDING OF THE COMMITTEE THAT YOU: | B. ___ THE COMMITTEE IS REFERRING THE CHARGE(S) TO THE DHO FOR FURTHER HEARING. |
|---|---|
| ___ COMMITTED THE FOLLOWING PROHIBITED ACT. | C. ___ THE COMMITTEE ADVISED THE INMATE OF ITS FINDINGS AND OF THE RIGHT TO FILE AN APPEAL WITHIN 15 CALENDER DAYS. |
| ___ DID NOT COMMIT A PROHIBITED ACT. | |

**19. COMMITTEE DECISION IS BASED ON THE FOLLOWING INFORMATION**

**20. COMMITTEE ACTION AND/OR RECOMMENDATION IF REFERRED TO DHO (CONTINGENT UPON DHO FINDING INMATE COMMITTED PROHIBITED ACT)**

**21. DATE AND TIME OF ACTION** _____ (THE UDC CHAIRMAN'S SIGNATURE NEXT TO HIS NAME CERTIFIES WHO SAT ON THE UDC AND THAT THE COMPLETED REPORT ACCURATELY REFLECTS THE UDC PROCEEDINGS.)

| Chairman (Typed Name/Signature) | Member (Typed Name) | Member (Typed Name) |
|---|---|---|

Original – Central File Record   Blue – To Inmate after UDC Action
Yellow – DHO          Pink – To Inmate within 24 hours of Part I preparation)

Previous editions not usable

BP-288(52)
JANUARY 1988

**U.S. Department of Justice**

**Incident Report**

Federal Bureau of Prisons

| 1. NAME OF INSTITUTION | | | |
|---|---|---|---|
| MCC Chicago | | | |

**PART I - INCIDENT REPORT**

| 2. NAME OF INMATE | 3. REGISTER NUMBER | 4. DATE OF INCIDENT | 5. TIME APPROX |
|---|---|---|---|
| Cunningham, Thomas | 01293-424 | 4/9/08 | 415 pm |

| 6. PLACE OF INCIDENT | 7. ASSIGNMENT | 8. UNIT | 10. CODE |
|---|---|---|---|
| Unit 11 Range M1 cell #1127 | None | Unit 11-2 | 307/224 |

9. INCIDENT  ①  ②

Refusing An Order / Assaulting Any Person

11. DESCRIPTION OF INCIDENT (Date: 4/9/08  Time: 715  Staff became aware of incident)

① On 4/9/08 at approx 415 pm, I approached cell 1127 to 2nd ordered inmate Thomas Cunningham #01293-424 to place his arm back into his cell, inmate Cunningham did not comply with this order.

② On 4/9/08 at approx 417 pm while attempting to close the cuff port on cell #1127 in the shu, inmate Thomas Cunningham #0293-424 grabbed my right leg and twisted

| 12. SIGNATURE OF REPORTING EMPLOYEE | DATE AND TIME | 13. NAME AND TITLE (Printed) |
|---|---|---|
| s/oc D. Dahl | 4/9/08  630 pm | s/os D. DePau |

| 14. INCIDENT REPORT DELIVERED TO ABOVE INMATE BY | 15. DATE INCIDENT REPORT DELIVERED | 16. TIME INCIDENT REPORT DELIVERED |
|---|---|---|
| J. Jammal, CT | 4-15-08 | 1:45pm |

**PART II - COMMITTEE ACTION**

17. COMMENTS OF INMATE TO COMMITTEE REGARDING ABOVE INCIDENT

18. A. IT IS THE FINDING OF THE COMMITTEE THAT YOU:
_____ COMMITTED THE FOLLOWING PROHIBITED ACT.

_____ DID NOT COMMIT A PROHIBITED ACT.

B. _____ THE COMMITTEE IS REFERRING THE CHARGE(S) TO THE DHO FOR FURTHER HEARING.

C. _____ THE COMMITTEE ADVISED THE INMATE OF ITS FINDINGS AND OF THE RIGHT TO FILE AN APPEAL WITHIN 15 CALENDER DAYS.

19. COMMITTEE DECISION IS BASED ON THE FOLLOWING INFORMATION

20. COMMITTEE ACTION AND/OR RECOMMENDATION IF REFERRED TO DHO (CONTINGENT UPON DHO FINDING INMATE COMMITTED PROHIBITED ACT)

21. DATE AND TIME OF ACTION _____ (THE UDC CHAIRMAN'S SIGNATURE NEXT TO HIS NAME CERTIFIES WHO SAT ON THE UDC AND THAT THE COMPLETED REPORT ACCURATELY REFLECTS THE UDC PROCEEDINGS.)

| Chairman (Typed Name/Signature) | Member (Typed Name) | Member (Typed Name) |
|---|---|---|

BP-288
JANUARY



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

June 19, 2008

Thomas Cunningham
Register No. 01293-424
MCC
Chicago, IL 60605

Re: Your Information Request

Dear Requestor:

This is in regard to your above-referenced information request recently received in this office.

You should be aware that, in accordance with 28 C.F.R. 513.60, a request for information directed to the Federal Bureau of Prisons is not deemed properly filed until received by the component at the address specified in Appendix I, Title 28 C.F.R. Additionally, once the component receives a request for records, a review of the request is conducted by the Central Office FOI/PA Section to determine whether the required elements of a request under the applicable information access statutes and regulations have been met.

We are returning your request and all enclosures for your submission to the Director, Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, Attention: FOI/PA Section, pursuant to Title 28 Code of Federal Regulations, Part 16.3.

Sincerely,

Richard Schott
Regional Counsel

AFFIDAVIT OF MAILING

THIS AFFIDAVIT IS TO DECLARE THAT

THE FREEDOM OF INFORMATION REQUEST # 08TAC102

Has been mailed BY ME _____ on May 27 2008.

RECEIVED

JUN ? 2008

LEGAL
NORTH CENTRAL REGIONAL OFFICE

OFFICIAL SEAL
ELIZABETH CAMPOS
Notary Public - State of Illinois
My Commission Expires Mar 24, 2012

FOI REQUEST # 08TAC102


FREEDOM OF INFORMATION ACT

(05/17/2008)

FEDERAL BUREAU OF PRISONS
GATEWAY COMPLEX TOWER II, 8 TH FLOOR
4 th & STATE AVE KANSAS CITY KANSAS 66101

   This request is made pursuant to the Freedom of Information Act (Title 5,
United States Code, Section 552) in conjunction with the Privacy Act (Title 5,
United States Code Section 552(a). I wish to obtain a copy of ALL
documents,photographs,Video retrievable in search for files listed under my name
 Thomas Cunningham 01293-424 as well as a copies of all
documents,photographs,Video, contained in Medical,Dental and Internal
Investigation.

In order to assist your search for these files, I offer you the following
information about myself.

1) Date of Birth 08/31/1963
2) SSI # 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
3) BOP Identification # 01293-424

   An undercover investigation of my activities conducted throughout  the United
States and The State of Illinois all lead me to believe that there have been
substantial domestic and international contacts involving your agency concerning
 me. I therefore request that you provide this information in a timely manner.

ALL INFORMATION REQUESTED FROM SEPTEMBER 14/2007 until May 18/2008.


OFFICIAL SEAL
ELIZABETH CAMPOS
Notary Public - State of Illinois
My Commission Expires Mar 24, 2012

THOMAS CUNNINGHAM
71 N VAN BUREN STREET
CHICAGO ILLINOIS 60605
REGISTRATION # 01293-424

**REEDOM OF INFORMATION ACT**

**DATE** June 11,2008

United States Department Of Justice
950 Pennsylvania Ave, NW,
Washington, DC 20530

This request made pursuant to the Freedom Of Information ACT (Title 5, United
States Code Section 552) in conjunction with the Privacy Act ( Title 5 United
States Code, Section 552 (a). I wish to obtain a copy of all documents
retrievable in a search for files listed under my name [THOMAS CUNNINGHAM ] as
well as a copy of all documents contained in other "See Reference Files".
        In order to assist your search for these files I offer you the Following
information about myself:
        1) Date of Birth,08/31/1963
        2) Social Security #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
        3) B.O.P Identification # 01293-424
        An undercover investigation of my activities conducted throughout the
State of Illinois all lead me to believe that there have been substantial
domestic and International contacts involving your agency concerning me. I am
currently under indictment in the United States District Court For the Northern
Dictrict Of Illinois Eastern Division Case No:███████ 07 CR 605
        The information sought here is necessary to a proper Defense of that
case.
As provided in the Freedom Of Information Act, I will Expect to receive a reply
within ten (10) working days.

**SIGN**

All information submitted by sensitive mail on and between April 11, 2008 and May
11, 2008, in regards to a Correctional officer D . Depaul assault on  pretrial
inmate Thomas Cunningham, P.O.B #01293-424

*donde el preso debe reportarse. Es su responsabilidad leer la hoja de "Call Out" diariamente y de reportarse a la cita.*

## ADMINISTRATIVE REMEDY PROCEDURES/*PROCEDIMIENTOS PARA REMEDIOS ADMINISTRATIVOS*

The Administrative Remedy Program is a process through which an inmate may seek formal review of issues related to their confinement. Prior to using the Administrative Remedy Program, you should initially attempt to resolve a problem informally through communication with a staff member, Inmate Request to Staff Member (copout) and Request for Informal Resolution. You should request a BP-9 form, from your Correctional Counselor, if informal resolution proves unsuccessful. Once completed, the form should be returned to the Correctional Counselor who will deliver it, along with the proposed informal resolution, to the Administrative Remedy Coordinator. The deadline for completion of informal resolution and submission of the formal written Administrative Remedy Request, on the appropriate form (BP-9), is 20 calendar days following the date on which the basis for the request occurred. The Warden has 20 calender days to respond from the day of filing. If you are not satisfied with the response to the BP-9, an appeal may be filed, within 20 days, to the Regional Office, which has 30 days to respond. If you are not satisfied with the regional response an appeal may be filed, within 30 days, to the General Counsel at Central Office, which has 40 days to respond. If the time period is not sufficient to make an appropriate decision, the time for response may be extended by 20 days at the institution level, 30 days at the regional level and 40 days at the Central Office level. You will be notified of any extensions in writing by staff. The appropriate forms are available from your Correctional Counselor.

*El Programa de Remedio Administrativo es un proceso por el cual los presos pueden buscar revisión formal de cualquier asunto relacionado a su encarcelamiento. Antes de usar el Programa de Remedio Administrativo, usted tiene que intentar de resolver informalmente su problema. Puede dirigirse a cualquier miembro del personal utilizando como medio de comunicación la forma "Un Pedido al Personal" (Copout), y/o pedido de Resolución Informal. Si no resulta su resolución informal, usted puede obtener una forma BP-9 de su Consejero Correccional. Luego de completar la forma, entrégue la a su Consejero quien la llevará al Coordinador de Remedios Administrativos junto con su resolución informal. El límite para completar una resolución informal y someter su pedido escrito para Remedio Administrativo, son 20 dias calendarios desde la fecha en que ocurrió el pedido. El Director tiene 20 dias calendarios para responder partiendo de la fecha que lo recibio. Si el preso no está satisfecho con la respuesta a su BP-9, puede apelarla en 20 dias a la Oficina Regional, el cual en cambio tendra 30 dias para responder a la apelación . Si el confinado no esta satisfecho puede que apelar a la oficina de Consegeria General en las oficinas Centrales, el cual en cambio tendra 40 dias para responder. Las formas están disponibles a través de su Consejero Correccional. Si el limite de tiempo no es suficiente para tomar una decision apropiada el tiempo de responder sera extendido como sigue: 20 dias al nivel institucional; 30 dias al nivel regional y 40 dias al nivel de la oficinas Centrales. El confinado sera notificado por escrito si una extension es requerida .*

Request for Administrative Remedy, Form BP-229(13), is appropriate for filing at the institution.
Regional Administrative Remedy Appeal, Form BP-230(13), is appropriate for submitting an appeal to the Regional Office.
Central Office Administrative Remedy Appeal, From BP-231(13), is appropriate for submitting an appeal to the Cental Office.

*Pedido para Remedio Administrativo, Forma BP-229(13), es apropiada para someter su pedido a la institución.*
*Apelación para Remedio Administrativo Regional, Forma BP-230(13), es apropiada para someter su apelación a la Región.*
*Apelación para Remedio Administrativo a la Oficina Central, Forma BP-231(13), es apropiada para someter su apelación a la Oficina Central.*

When filing a complaint you shall place a single complaint or a reasonable number of closely related issues on the form. If you include on a single form multiple unrelated issues, the submission shall be rejected and returned without response and you will be informed to use separate forms for each unrelated issue. If you believe the issue is sensitive and your safety or well-being would be placed in danger if the request became known at the institution, the request may be submitted directly to the appropriate Regional Director. You must clearly mark "Sensitive" upon the request and explain, in writing, the reason for not submitting the request at the institution. DHO appeals shall be submitted initially to the Regional Director for the region where you are currently located.

*Cuando el confinado someta una queja debe ser lo mas detallado posible. El confinado debe informar una queja por cada forma, de lo contrario la submission sera devuelta sin respuesta. Si usted cree que su caso es sensible y su seguridad esta puesto en peligro, o no quiere que la queja se sepa en la institucion, puede enviar la queja o peticion directamento al Director Regional. Debe claramente marcar "Sensible". Asegure explicar en la peticion la razon por la cual no fue procesada a nivel de la institucion. Toda apelacion de DHO debe ser sometida directamente al Director Regional a cargo de su localizacion actual.*

## BARBER SHOP & HAIR CARE/*BARBERIA*

Hair cuts/Hair care will be conducted in the individual housing units under the supervision of the unit officer . Refer to the Unit Guidelines for your scheduled day. All haircuts/hair care will take place in the program room on the first floor of the unit, or where instructed by staff. This is the only area authorized for haircuts/hair care.

*Recortes de cabello se van hacer en cada unida bajo la supervisacion del oficial. Favor de buscar las reglas de la unidad para saber los dias de recortes. Recortes de cabello se haran en el cuarto de programas en el primer piso de la unidad, o donde le indique el oficial. Esta sera la unica area autorizada para recortes.*

6

*El Consejero Correccional se reporta directamente al Manejador de la Unidad y es un miembro importante del equipo de su unidad. El Consejero Correccional está disponible para contestar cualquier pregunta que usted pueda tener durante su encarcelación. Las responsabilidades primordiales del Consejero Correccional incluyen asistir a los presos con los privilegios de visitas y teléfonos, asignación de trabajo.*

## CORRECTIONAL OFFICER/*OFICIAL CORRECCIONAL*

The Correctional Officer reports directly to the Shift Lieutenant and is responsible for maintaining security and accountability of inmates. The Unit Officer also ensures the institution remains safe, secure, and sanitary. The Correctional Officer will frequently be your work detail supervisor and you are required to follow the Correctional Officer's directions.

*El Oficial Correccional se reporta directamente al Teniente de turno y es responsable por mantener la seguridad de la unidad y la contabilidad de los presos. El Oficial Correccional también asegura que la institución se mantenga limpia y segura. El Oficial Correccional muchas veces será su supervisor cuando usted trabaje en la unidad y es necesario que usted siga las instrucciones del Oficial.*

## LIEUTENANT/*TENIENTE*

Lieutenants report directly to the Captain. Lieutenants are responsible for supervising Correctional Officers. The Lieutenant ensures the security and accountability of inmates is maintained by assigned Correctional Services staff. Lieutenants also investigate instances of inmate misconduct. After normal business hours, the Lieutenant on duty is responsible for the overall operation of the institution.

*Los Tenientes se reportan directamente al Capitán. Los Tenientes son responsables de supervisor todos los Oficiales Correccionales. Los Tenientes aseguran que el personal correccional asignado mantengan seguridad y contabilidad de los presos. Los Tenientes también investigan toda alegación de acto prohibido cometido. Después de las horas de oficina, el Teniente de turno es responsable de toda la operación en la institución.*

## INMATE ACCOUNTABILITY/*CONTABILIDAD DE PRESOS*

Inmate accountability programs are implemented to ensure every inmate is accounted for while in custody of the Federal Bureau of Prisons. You are expected to cooperate with all counts and census checks. During scheduled counts, you are required to remain quietly in your cell, or beside your bed on the open dormitories, until the count is announced as cleared. Failure to comply with institution inmate accountability programs will result in disciplinary action.

*Hemos implementado varios programas de contabilidad para asegurar la contabilidad de cada preso mientras esté bajo la custodia del Negociado Federal de Prisiones. Se espera que usted copere con el conteo y el conteo de censo. Durante los conteos programados, se requiere que todo preso se mantenga callado en sus celda hasta que se anuncie un conteo bueno. El no cumplir con este requerimiento resultará en acción disciplinaria.*

Due to our unique environment, all movement will be via the elevator. A Separation Plan is established in the institution to separate inmates who should not come in contact with one another. If you have separatees in the building, you may experience minor delays while traveling to and from various departments.

*Debido al ambiente exclusivo de esta institución, todo movimiento se conducirá através del elevador. Un Plan de Separaciónes se ha establecido para separar aquellos presos que no pueden estar en contacto el uno con el otro. Si usted tiene que ser separado de otro individuo en el edificio, espere pequeños retrasos cuando se esté moviendo de un departamento a otro.*

## COUNTS/*CONTEOS*

It is necessary for staff to count inmates on a regular basis. Counts are conducted daily at 12:00 a.m. (midnight), 3:00 a.m., 5:00 a.m., 4:00 p.m., and 10:00 p.m.. The 4:00 p.m. count is a stand-up count; no exceptions. On weekends and holidays, there is also a 11:30 a.m. stand-up count. During a count, you are to remain quietly in your cell, or beside your bed on the dormitory, until the count is announced as clear. Interfering with the count will result in disciplinary action.

*Es necesario que el personal conduzca conteos con regularidad. Los conteos son conducidos diariamente a las 12:00 a.m.(medianoche), 3:00 a.m., 5:00 a.m., 4:00 p.m. y 10:00 p.m.. El conteo de las 4:00 p.m. es un conteo de pie; sin excepciones. Durante el fin de semana y dias feriados, tambien habra un conteo de pie a las 11:30 a.m. Durante el conteo todo preso tiene que mantenerse callado en su celda hasta que se anuncie un conteo bueno. Interrupciones durante el conteo, resultará en acción disiplinaria.*

## CALL-OUTS/*PROCEDIMIENTOS PARA CITAS*

The inmate Call-Out system is the official means of scheduling appointments. The daily call-out sheet will be available on the housing unit on the day preceding the appointment. Information on the call-out sheet is entered by staff and lists the reporting time and physical area where the inmate is scheduled to report. It is the inmate's responsibility to check for appointments on a daily basis and to keep all scheduled appointments. Missing call-outs may result in disciplinary action.

*El sistema de "Call-Out" es el medio oficial de establecer citas con miembros del personal. La hoja de "Call Out" estara disponible en el escritorio del official el dia antes de la cita. La información en la hoja de "Call-Out" es preparada por el personal e incluye la hora de reportarse y el área a*