**PRISONER CASE**



08CV4259
JUDGE GOTTSCHALL
MAG. JUDGE ASHMAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**Plaintiff(s):** THOMAS CUNNINGHAM

**Defendant(s):** D. DEPAUL, etc.

**FILED JUL 28 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Thomas Cunningham
#01293-424
Metropolitan - MCC
71 West Van Buren
Chicago, IL 60605

**Defendant's Attorney:**
Illinois Department of Corrections
100 West Randolph, Suite 4-200
Chicago, IL 60601

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** /s/

**Date:** 7/28/08

Gottschall
Ashman

08cv3996