

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
SEP 2 2008
SEP 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

THOMAS CUNNINGHAM

V.

D. DEPAUL, ect.

CASE NO: 08 CV 4259
JUDGE: GOTTSCHALL

**MOTION**

Now comes the Petitioner Pro-se out of necessity for a motion hearing Petitioners IN FORMA PAUPERIS Application.

1) PETITIONER WAS ORDERED BY THIS COURT TO COMPLY BY AUGUST 30 IN FILING AN IN FOMA PAUPERIS APPLICATION.

2) PETITIONER FILED THIS APPLICATION ON ABOUT AUGUST 13 WITH AN AFFIDAVIT OF MAILING AND HAS NO RESPONSE SINCE THAT FILING FROM THIS COURT.

3) PETITIONER FILES THIS COPY IN GOOD FAITH THAT THIS COURT RECOGNIZE HIS COMPLIANCE WITH THAT ORDER.

I SWEAR UNDER PENALTY OF PERJURY THAT THIS IS THE TRUTH.

SIGN _____  DATE August 28/2008