CASE NO: 08 CV 4259 JUDGE: GOTTSCHALL

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: AUGUST 4TH 2008

_____
Signature of Applicant

01293-424
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

FILED
SEP 2, 2008
SEP 2 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Thomas Cunningham, I.D.# 01293-424, has the sum of

$ 56.58 on account to his/her credit at (name of institution) Metropolitan Correctional Center, Chicago, IL

I further certify that the applicant has the following securities to his/her credit: N/A. I further certify that during the past six months the applicant's average monthly deposit was $ 122.59.

(Add all deposits from all sources and then divide by number of months).

August 13, 2008
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

J. Diamond, Cashier/Accounting Technician
(Print name)

Metropolitan Correctional Center
71 W Van Buren Street
Chicago, IL 60605

312-322-0567

INMATE TRUST FUND ACCOUNT

rev. 10/10/2007

-3-



Date: 08/13/2008
Time: 7:07:07 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: CCC

Page 1

Date: 08/13/2008
Time: 7:07:07 am

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
### Sensitive But Unclassified

Facility: CCC

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 01293424 | Living Quarters: | E04-004U |
| Inmate Name: | CUNNINGHAM, THOMAS A | Arrived From: | |
| Current Site Name: | Chicago MCC | Transferred To: | |
| Housing Unit: | CCC-E-A | Account Creation Date: | 2/4/2008 |

### Transaction Details

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CCC | 02/13/2008 11:33:25 AM | 145 | | | Sales | ($74.95) | | $0.05 |
| CCC | 02/15/2008 08:02:47 AM | 33310008 | | | Western Union | $100.00 | | $100.05 |
| CCC | 02/17/2008 06:44:07 PM | TFN0217 | | | Phone Withdrawal | ($5.00) | | $95.05 |
| CCC | 02/20/2008 08:30:44 AM | 85 | | | Sales | ($52.95) | | $42.10 |
| CCC | 02/20/2008 08:31:33 AM | 86 | | | Sales | ($2.20) | | $39.90 |
| CCC | 02/22/2008 07:37:27 PM | TFN0222 | | | Phone Withdrawal | ($2.00) | | $37.90 |
| CCC | 02/27/2008 08:43:52 AM | 23 | | | Sales | ($37.45) | | $0.45 |
| CCC | 03/11/2008 05:06:57 AM | 70103601 | | | Lockbox - CD | $0.51 | | $0.96 |
| CCC | 03/13/2008 06:03:47 AM | 33311908 | | | Western Union | $300.00 | | $300.96 |
| CCC | 03/13/2008 09:09:20 AM | TFN0313 | | | Phone Withdrawal | ($10.00) | | $290.96 |
| CCC | 03/13/2008 02:05:16 PM | 33311908 | | | Western Union | $75.00 | | $365.96 |
| CCC | 03/19/2008 08:41:14 AM | 6 | | | Sales | ($136.40) | | $229.56 |
| CCC | 03/19/2008 10:19:40 AM | TFN0319 | | | Phone Withdrawal | ($10.00) | | $219.56 |
| CCC | 03/23/2008 08:35:17 PM | TFN0323 | | | Phone Withdrawal | ($19.00) | | $200.56 |
| CCC | 04/07/2008 07:04:57 AM | 31 | | | Sales | ($67.40) | | $133.16 |
| CCC | 04/14/2008 06:54:31 AM | 29 | | | Sales | $0.00 | | $133.16 |
| CCC | 04/21/2008 06:47:56 AM | 31 | | | Sales | ($27.50) | | $105.66 |
| CCC | 04/28/2008 07:02:12 AM | 34 | | | Sales | ($30.80) | | $74.86 |
| CCC | 05/05/2008 06:53:38 AM | 26 | | | Sales | ($22.05) | | $52.81 |
| CCC | 05/15/2008 08:30:14 AM | 96 | | | Sales | ($37.15) | | $15.66 |
| CCC | 05/22/2008 08:20:05 AM | 30 | | | Sales | ($13.30) | | $2.36 |
| CCC | 05/22/2008 10:20:38 AM | TFN0522 | | | Phone Withdrawal | ($2.00) | | $0.36 |
| CCC | 06/15/2008 05:03:17 PM | HICD0608 - 371 | | | Debt Encumbrance | | ($0.36) | $0.36 |
| CCC | 06/16/2008 10:12:55 AM | 33318608 | | | Western Union | $75.00 | | $75.36 |
| CCC | 06/16/2008 10:12:55 AM | HICD0608 - 373 | | | Debt Encumbrance | | ($1.64) | $75.36 |
| CCC | 06/16/2008 06:35:01 PM | TFN0616 | | | Phone Withdrawal | ($10.00) | | $65.36 |
| CCC | 06/17/2008 12:10:15 AM | HICD0608 - 373 | | | Debt Encumbrance - Released | | $1.64 | $65.36 |

Date: 08/13/2008
Time: 7:07:08 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: CCC

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 01293424 | Living Quarters: | E04-004U |
| Inmate Name: | CUNNINGHAM, THOMAS A | Arrived From: | |
| Current Site Name: | Chicago MCC | Transferred To: | |
| Housing Unit: | CCC-E-A | Account Creation Date: | 2/4/2008 |

### Transaction Details

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CCC | 06/17/2008 12:10:15 AM | HICD0608 - 371 | | | Debt Encumbrance - Released | | $0.36 | $63.36 |
| CCC | 06/17/2008 12:10:15 AM | HICD0608 | | | Inmate Co-pay | ($2.00) | | $63.36 |
| CCC | 06/19/2008 08:24:07 AM | 31 | | | Sales | ($53.15) | | $10.21 |
| CCC | 06/19/2008 09:46:15 AM | TRN0619 | | | Phone Withdrawal | ($10.00) | | $0.21 |
| CCC | 07/11/2008 06:03:29 AM | 33320508 | | | Western Union | $75.00 | | $75.21 |
| CCC | 07/11/2008 06:24:29 AM | TRN0711 | | | Phone Withdrawal | ($20.00) | | $55.21 |
| CCC | 07/12/2008 02:05:07 PM | 33320508 | | | Western Union | $55.00 | | $110.21 |
| CCC | 07/14/2008 06:24:29 PM | TRN0714 | | | Phone Withdrawal | ($20.00) | | $90.21 |
| CCC | 07/15/2008 09:41:40 AM | 90 | | | Sales | ($53.60) | | $36.61 |
| CCC | 07/17/2008 07:31:32 PM | TRN0717 | | | Phone Withdrawal | ($10.00) | | $26.61 |
| CCC | 07/22/2008 09:36:03 AM | 99 | | | Sales | ($19.10) | | $7.51 |
| CCC | 07/22/2008 11:28:55 AM | 105 | | | Sales | $8.55 | | $16.06 |
| CCC | 07/29/2008 05:53:53 PM | TRN0729 | | | Phone Withdrawal | ($16.00) | | $0.06 |
| CCC | 08/11/2008 10:05:53 AM | 33322608 | | | Western Union | $55.00 | | $55.06 |
| | | | | Totals: | | ($19.99) | $0.00 | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CCC | $55.06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $55.06 |
| Totals: | $55.06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $55.06 |

Page 3

Date: 08/13/2008
Time: 7:07:08 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: CCC

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 01293424 | Living Quarters: | E04-004U |
| Inmate Name: | CUNNINGHAM, THOMAS A | Arrived From: | |
| Current Site Name: | Chicago MCC | Transferred To: | |
| Housing Unit: | CCC-E-A | Account Creation Date: | 2/4/2008 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance - Prev. 30 Days | Average Balance - Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $735.51 | $755.45 | $63.80 | $110.21 | $14.81 | N/A | N/A |

This is an accurate statement of inmate Thomas Cunningham's trust fund account. His current telephone balance is $1.52. His average monthly deposit for the last 6 months was $122.59. Certified by:

J. Diamond, Cashier/Accounting Technician
Metropolitan Correctional Center, 71 W Van Buren Street, Chicago, IL 60605